IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD FRANCIS,
Inmate No. T58262,
    Plaintiff,

vs.                                                 Case No.:  3:19cv946/RV/EMT

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,
    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

      This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). On May 2, 2019, Plaintiff was given thirty (30) days in which to (1) either submit a completed motion to proceed in forma pauperis on the court-approved form, or, pay the filing fee; and (2) submit a proper complaint using the court's form (ECF No. 3).

      Plaintiff failed to respond to the court's order; therefore, on June 7, 2019, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 4). The time for compliance with the show cause order has now

elapsed and Plaintiff has not filed an amended complaint, paid the filing fee, or submitted a motion to proceed in forma pauperis.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 8<u>th</u> day of July 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.